IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN D. SIMON, #162708, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:20-CV-747-RAH-CSC |
| | ) | |
| WARDEN PATRICE JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| STEVEN D. SIMON, #162708, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:20-CV-850-RAH-CSC |
| | ) | |
| WARDEN PATRICE JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge entered January 11, 2021. Doc. 10. There being no timely objection filed to the Recommendation, and based on an independent review of the record, the Recommendation of the Magistrate Judge is ADOPTED and it is ORDERED as follows:

1. Plaintiff's amended complaint (Doc. 2 – Civil Action No. 2:20-CV-850-RAH-CSC) against Defendants Cousin, Jones, Carter, and Lightening is DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1).

2. Defendants Cousin, Jones, Carter, and Lightening are TERMINATED as parties to the amended complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendants Cousin, Jones, Carter, and Lightening pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for additional proceedings.

**DONE** and **ORDERED** this 10th day of February 2021.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE